AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| Chaan William Beard, Nancy Stirek, Matt and Tammy Moeller, Linda Babinski, John Gatti, and Karin and Leo McCloskey, individually and on behalf of all others similarly situated, <br><br>*Plaintiff,* <br><br>v. <br><br>Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, Audi of America LLC, Audi of America, Inc., VW Credit, Inc., Porsche AG, and Porsche Cars North America, Inc. <br>*Defendant.* | Civil Action No. <br><br><br>Hon. |

**SUMMONS IN A CIVIL ACTION**

To: Dr. Ing. h.c. F. Porsche AG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*         By: _____
                                                                  *Signature of Clerk or Deputy Clerk*

                                                                  Date of Issuance: _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.
Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: